590

[No. 335-40800-2. Division Two. November 13, 1970.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS LELAND
HARRINGTON, *Appellant.*

*Gerald W. Hess* (of *Haggarty, Hess & Shuey*), for appellant (appointed counsel for appeal).

*Charles O. Carroll, Prosecuting Attorney,* and *John R. Cuningham, Deputy,* for respondent.

PER CURIAM.—Dennis Leland Harrington pleaded guilty to the possession of a "certain narcotic drug, to-wit: cannabis sativa, otherwise known as marijuana, as interdicted by the Uniform Narcotic Drug Act". Judgment and sentence was entered accordingly. In *State v. Zornes,* 78 W.D.2d 9, 456, 475 P.2d 109 (1970), it was held that the narcotic drug act (RCW 69.33) becomes inapplicable to any criminal offense involving marijuana. The parties have stipulated that *Zornes* compels a reversal of the judgment and sentence and a dismissal of the action. We agree. The judgment is reversed and the action dismissed.